UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD L. TURNER, | No. 2:13-cv-2075 CKD P |
| Plaintiff, | |
| v. | ORDER |
| L.D. ZAMORA, et al., | |
| Defendants. | |

On October 15, 2013, plaintiff consented to the jurisdiction of the undersigned. By order filed October 30, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: January 8, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / turn2075.fta